PROB 12B
(7/93)

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

JUL -1 2009

DAVID J. MALAND, CLERK
BY
DEPUTY

UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF TEXAS

Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender
*(Probation Form 49, Waiver of Hearing, is Attached)*

Name of Offender: Broderick Dewayne Washington     Case Number: 2:99CR00003-004

Name of Sentencing Judicial Officer: U.S. District Judge David Folsom

Name of Assigned Judicial Officer: U.S. District Judge T. John Ward

Date of Original Sentence: September 28, 1999

Original Offense: Possession With Intent to Distribute and Distribution of Cocaine Base

Original Sentence: 108 months imprisonment and five years supervised release

Type of Supervision: Supervised Release     Date Supervision Commenced: June 20, 2007

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

**The defendant shall perform 50 hours of community service as directed by the probation officer.**

## CAUSE

On April 28, 2009, Broderick Washington submitted a urine specimen to the probation officer. While discussing the urine specimen, Mr. Washington admitted that he had used Ecstasy a few days prior. Subsequent testing on the urine specimen failed to confirm any illicit drug use. Based on Mr. Washington's admission to using Ecstasy, he has been reprimanded and placed in a more intensive level of drug treatment and testing. It is further recommended that Mr. Washington's conditions of supervised release be modified to include a term of community service work. Mr. Washington has signed the attached waiver agreeing to have his conditions of supervision modified to include 50 hours of community service work. It is therefore recommended that Your Honor order the proposed modification.

PROB 12B
Name of Offender: Broderick Dewayne Washington
Case Number: 2:99CR00003-004
Page 2

Respectfully submitted:

*Mark D. Finley* (signature)

Mark D. Finley
U.S. Probation Officer
(903) 566-9790 ext. 224

Date: May 20, 2009

Reviewed and approved:

*Joe Heath* (signature)

Joe Heath, Supervising
U.S. Probation Officer

## THE COURT ORDERS:

[ ] No Action
[✓] The Modification of Conditions as Noted Above
[ ] Other

*T. John Ward* (signature)

T. John Ward
U.S. District Judge

5/21/09
Date

PROB 49

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF TEXAS

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

United States of America

v.  Criminal No. 2:99CR00003-004

Broderick Dewayne Washington

    I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

    I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**The defendant shall perform 50 hours of community service as directed by the probation officer.**

Witness: _____  Signed: _____
U.S. Probation Officer  Broderick Dewayne Washington

Date: May 20, 2009